

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2018

No. 04-18-00524-CR

Braulio **TIRADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6200
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

The clerk's records in these companion cases were originally due on August 31, 2018. On September 4, 2018, this court granted the clerk's request for an extension of time to file the records until September 28, 2018. On September 27, 2018, the clerk requested an additional seven days to file the clerk's records. The request is GRANTED. It is therefore ORDERED that the clerk file the clerk's records no later than October 5, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2018.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court